JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 871 -- In re First Executive Corporation Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 90/12/17 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by Kidder, Peabody & Co., Inc. for transfer of action w/cert. of svc. and Exhibits -- SUGGESTED TRANSFEREE DISTRICT: C.D. California (ds) |
| 90/12/21 | | FIRST AMENDMENT TO THE HEARING ORDER AND ATTACHED SCHEDULE FILED ON DECEMBER 10, 1990 -- Setting motion for transfer for Panel Hearing on January 25, 1991 in Houston Texas -- Notified involved counsel, judges and clerks (rh) |
| 90/12/28 | | APPEARANCES: JAMES FINBERG, ESQ. FOR William Pajac; ROBERT I. HARWOOD, ESQ. for Phi Kappa Theta Nat'l Foundation, Inc.; WESLEY HARRIS, ESQ. for The Airlie Group, L.P., et al.; REBECCA ADAMS, ESQ. for Kidder, Peabody & Co., Inc.; JEFFREY C. BLOCK, ESQ. for Plaintiffs in In re First Executive (cdm) |
| 91/01/02 | | NOTICE OF CORRECTION TO SERVICE LIST -- submitted by Movant Kidder, Peabody & Co. Inc. -- Attached to pldg. #1 (cdm) |
| 91/01/02 | | APPEARANCES: IRENE LIVADOPOULOS, ESQ. FOR First Executive Corp. and Fred Carr (cdm) |
| 91/01/03 | | LETTER -- re service on counsel for Milken and notifying Panel of dismissal of certain defendants -- attached to pldg. #1 (cdm) |
| 91/01/07 | 2 | RESPONSE/BRIEF/AFFIDAVIT OF WESLEY N. HARRIS -- (to pldg. #1) The Airlie Group, L.P., et al. -- w/cert. of svc. (received 1/7/91) (rh) |
| 91/01/07 | 3 | RESPONSE -- (to pldg #1) First Executive Corp., Fred Carr, Merle Horst -- w/cert of svc. (rew) |
| 91/01/09 | 4 | RESPONSE -- (to pldg. #1) Touche Ross & Co. -- w/cert. of svc. (received 1/9/91) (rh) |

JPML FORM 1A

B.2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 871 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/01/10 | 5 | RESPONSE -- (to pldg. #1) First Executive Shareholder Plaintiffs -- w/cert. of svc. (received 1/10/91) |
| 91/01/10 | 6 | JOINDER TO PLDG. #3 -- Norman Barker, Jr.; Warren G. Bennis; Steven G. Bing; Alexander G. Handschumacher; E. Benjamin Nelson and George I. Rosenthal (received 1/10/91) (rh) |
| 91/01/10 | 7 | LETTER -- (Response to pldg. #1) Michael R. Milken -- w/cert. of svc. (received 1/10/91) (rh) |
| 91/01/11 | | APPEARANCE: IRENE LIVADOPOULOS, ESQ. FOR Merle A. Horst (cdm) |
| 91/01/14 | 8 | REPLY/AFFIDAVIT OF BRUCE W. COLLINS -- Kidder, Peabody & Co., Inc. -- w/cert. of svc. (received 1/14/91) (rh) |
| 91/01/25 | | HEARING APPEARANCES -- REBECCA P. ADAMS, ESQ. for Kidder, Peabody & Co., Inc.; IRENE LIVADOPOULOS, ESQ. for First Executive Corp., Fred Carr and Merle Horst; BOBBY G. PRYOR, ESQ. for Touche Ross & Co.; ROBERT A. SKIRNICK, ESQ. for Phi Kappa Theta National Foundation, Inc.; WESLEY N. HARRIS, ESQ. for The Airlie Group, L.P., Sid R. Bass, Inc., Lee M. Bass, Inc. and Dort A. Cameron, III  (ds) |
| 91/01/25 | | WAIVERS OF ORAL ARGUMENT -- Norman Barker, Jr., Warren E. Bennis, Steven B. Bing, Albert G. Handschumacher, E. Benjamin Nelson, George I. Rosenthal and William Pajac  (ds) |
| 91/02/26 | | CONSENT OF TRANSFEREE COURT -- Consenting to the assignment of litigation to the Honorable John G. Davies for pretrial proceedings  (ds) |
| 91/02/26 | | TRANSFER ORDER -- transferring A-1 to the Central District of California for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients  (ds) |
| 91/03/21 | 9 | ORDER REASSIGNING LITIGATION -- reassigning litigation to Judge Dickran M. Tevrizian, Jr. -- filed in C.D. California, order signed by Judge John G. Davies (dated March 12, 1991) (rh) |
| 91/03/21 | | ORDER REASSIGNING LITIGATION -- to Judge Dickran M. Tevrizian, Jr. in C.D. California -- (litigation was assign to Judge John G. Davies) -- Notified involved judges, clerk and counsel (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 871 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FIRST EXECUTIVE CORPORATION SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Jan. 25, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 26, 1991 | TO | Unpublished | C.D. California | Hon. Dickran M. Tevrizian, Jr. | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

C.D. CALIFORNIA
HON. DICKRAN M. TEVRIZIAN, JR.

DOCKET NO. 871 -- In re First Executive Corporation Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Airlie Group, L.P., et al. v. Kidder, Peabody & Co., Inc. | Tex.,N. Mahon | CA4-90-329 E | 2/26/91 | CV91-1531 DT (Kx) | | |
| ~~A-2~~ | ~~In re First Executive Corporation Securities Litigation~~ DO NOT COUNT | ~~Cal.,C.~~ ~~Davis~~ Tevrizian | ~~CV-89-7135 JCD(Kx)~~ DT | | | | Disregarded 4/12/94 See footnote Below |
| A-3 | Victoria A. Shaev v. Fred Carr, et al. | Cal.,C. ~~Davis~~ Tevrizian | CV-89-7135 ~~WDK~~(Kx) DT | | | | |
| A-4 | Herman Bernstein, et al. v. First Executive Corporation, et al. | Cal.,C. ~~Davis~~ Tevrizian | CV-90-0792 ~~RSW~~(Ex) DT | | | | |
| A-5 | Phi Kappa Theta National Foundation, Inc. v. Fred Carr, et al. | Cal.,C. ~~Davis~~ Tevrizian | CA-90-0010 ~~IH~~ DT | | | | |
| A-6 | Marshall Wolfe v. Fred Carr, et al. | Cal.,C. ~~Davis~~ Tevrizian | CA-90-0442 ~~RJK~~ DT | | | | |
| A-7 | William Pajac v. First Executive Corporation, et al. | Cal.,C. ~~Davis~~ Tevrizian | CA-90-0631 ~~TJH~~ DT | | | | |
| A-8 | Tina Jacobson, et al. v. Fred Carr, et al. | Cal.,C. ~~Davis~~ Tevrizian | CA-90-0417 WMB | | | | |
| A-9 | Larry M. Caroll, et al. v. First Executive Corporation, et al. | Cal.,C. ~~Davis~~ Tevrizian | CA-90-388 ~~RJK~~ DT | | | | |

*This case is master number for the consolidated litigation with A-2's caption and A-3's number

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Harris Sklar v. Fred Carr, et al. | Cal.,C. ~~Davis~~ Tevrizian | CA-90-533 ~~FW~~ DT | | | | |
| A-11 | Marshall Wolf, et al. v. Kidder, Peabody & Co., | Cal.,C. ~~Davis~~ Tevrizian | CV-90-6459 ~~RSWL~~ DT | — | | 3/26/91 D | |

*[handwritten notes:]* July 1991 - / TR/10 v 2 / 1/25/10 Pending ?  
July 1992 - Same  
September 1992 - Same

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 871 -- IN RE FIRST EXECUTIVE CORPORATION SECURITIES LITIGATION

THE AIRLIE GROUP, L.P., ET AL. (A-1)
Wesley N. Harris, Esq.
Kelly, Hart & Hallman
2500 First City Bank Tower
201 Main Street
Ft. Worth, TX  76102

IN RE FIRST EXECUTIVE CORPORATION
SECURITIES LITIGATION (A-2)
Jeffrey C. Block, Esq.
Pomerantz, Levy, Haudek, Block & Grossman
295 Madison Avenue
New York, NY  10017

VICTORIA A. SHAEV (A-3)
Jeffrey C. Block, Esq.
Same as A-2

HERMAN BERNSTEIN, ET AL (A-4)
(NO APPEARANCE RECEIVED)
David Gold, P.C.
595 Market St., Suite 2300
San Francisco, CA  94105

PHI KAPPA THETA NATIONAL
FOUNDATION, INC. (A-5)
Robert I. Harwood, Esq.
Wechsler, Skirnick, Harwood,
  Halebian & Feffer
555 Madison Avenue
New York, NY  10022

MARSHALL WOLFE (A-6)
MARSHALL WOLF, ET AL. (A-11)
(NO APPEARANCE RECEIVED)
Sirota & Sirota  *remove per Letter*
747 Third Avenue
New York, NY  10017

WILLIAM PAJAC (A-7)
James M. Finberg, Esq.
Lieff, Cabraser & Heimann
275 Battery St., 30th Floor
San Franciso, CA  94111

TINA JACOBSON (A-8)
(NO APPEARANCE RECEIVED)
Wolf, Popper, Ross, Wolf & Jones
845 Third Avenue
New York, NY  10022

LARRY M. CAROLL, ET AL. (A-9)
John N. Zarizn, Esq.
Greenfield & Chimicles
First Interstate World Center
633 West Fifth St., Suite 2200
Los Angeles, CA  90071

HARRIS SKLAR (A-10)
(NO APPEARANCE RECEIVED)
Kohn, Savett, Klein & Graf, P.C.
1101 Market St., Suite 2400
Philadelphia, PA  19107

KIDDER, PEABODY & CO. INCORPORATED
Rebecca P. Adams, Esq.
Carrington, Coleman, Sloman & Blumenthal
200 Crescent Court, Suite 1500
Dallas, TX  75201

MERLE A. HORST
FIRST EXECUTIVE CORPORATION
FRED CARR
Irene Livadopoulos, Esq.
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 871 -- IN RE FIRST EXECUTIVE CORPORATION SECURITIES LITIGATION

---

~~MERLE A. HORST~~
~~(NO APPEARANCE RECEIVED)~~
~~William J. Meeske, Esq.~~
~~Latham & Watkins~~
~~633 West Fifth Street~~
~~Los Angeles, CA 90071~~

NORMAN BARKER, JR.
WARREN G. BENNIS
STEVEN G. BING
ALBERT G. HANDSCHUMACHER
E. BENJAMIN NELSON
GEORGE I. ROSENTHAL
Seth Aronson, Esq.
O'Melveny & Myers
400 South Hope St.
Los Angeles, CA  90071-2899

TOUCHE ROSS & CO.
Cheryl Justice, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA  90071

JAMES O. COX, III
Michael R. Doyen, Esq.
Munger, Tolles & Olson
355 South Grand Avenue, #3500
Los Angeles, CA  90071

MICHAEL R. MILKEN
(NO APPEARANCE RECEIVED)
Jay Lobell, Esq.
Paul, Weiss, Rifkind, Wharton
  & Garrison
1285 Avenue of the Americas
New York, NY  10019

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _871_ -- In re First Executive Corporation Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Kidder, Peabody & Col, Inc. | A-1, A-3, A-4, A-11 |
| Fred Carr | A-3, A-5, A-6, A-7, A-8, A-9, A-10 |
| Merle A. Horst | A-3, A-4, A-5, A-6, A-8, A-10 |
| Norman Barker, Jr. | A-3, A-4, A-5, A-6, A-8, A-9, A-10 |
| Warren G. Bennis | A-3, A-4, A-5, A-6, A-8, A-9, A-10 |
| Steven G. Bing | A-3, A-5, A-6, A-8, A-10 |
| Alexander G. Handschumacher  *Albert Handschumacher* | A-3, A-4, A-5, A-6, A-8, A-9, A-10 |
| E. Benjamin Nelson | A-3, A-5, A-6, A-8, A-10 |
| George I. Rosenthal | A-3, A-4, A-5, A-6, A-8, A-9, A-10 |
| First Executive Corporation | A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10 |
| Touche Ross & Co. | A-3, A-4 |

p. 2

| | | |
|---|---|---|
| James O. Cox, III | A-3, A-4 | |
| Michael R. Milken | A-3 | |
| Amethyst Financial Co. | A-4 *died* | |
| Courtleigh Finance Co. | A-4 *died* | |
| Crystal Finance Corp. | A-4 *died* | |
| Maple Finance, Inc. | A-4 *died* | |
| Olive Funding Corp. | A-4 *died* | |
| Pearl Finance co. | A-4 *died* | |
| Drexel Burnham Lambert, Inc. *Bankrupt* | A-4 | |
| Executive Life Insurance of California | A-7 *died* | |
| | | |