JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 26 1991

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 871

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRST EXECUTIVE CORPORATION SECURITIES LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, S. HUGH DILLIN, MILTON POLLACK, LOUIS H. POLLAK, HALBERT O. WOODWARD, ROBERT R. MERHIGE, JR., AND WILLIAM B. ENRIGHT, JUDGES OF THE PANEL

TRANSFER ORDER

This litigation presently consists of ten actions pending in two federal districts: nine actions in the Central District of California and one action in the Northern District of Texas. Before the Panel is a motion by Kidder Peabody & Co., Inc. (Kidder), a defendant in all actions, to centralize the actions in the Central District of California, pursuant to 28 U.S.C. §1407, for coordinated or consolidated pretrial proceedings. Plaintiffs in eight California actions and eleven of the twelve remaining defendants in the litigation either support or do not object to Kidder's motion. Plaintiffs in the Texas action oppose the motion.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Central District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These common factual questions arise because each of the ten actions alleges securities fraud in the offer and sale of securities of First Executive Corporation (First Executive), a California insurance holding company, relating to a rights offering during September and October, 1989. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Central District of California is the appropriate transferee forum for this docket. We note that 1) nine of ten constituent actions are already pending there; and 2) First Executive, the issuer of the securities in question, is headquartered in that district and many relevant witnesses and documents will be found there.

2

  IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Northern District of Texas be, and the same hereby is, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable John G. Davies for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

          FOR THE PANEL:

          _____
          John F. Nangle
           Chairman

SCHEDULE A

<u>MDL-871 -- In re First Executive Corporation Securities Litigation</u>

<u>Northern District of Texas</u>

<u>The Airlie Group, L.P., et al. v. Kidder, Peabody & Co., Inc.</u>, C.A. No. CA4-90-329E

<u>Central District of California</u>

<u>In re First Executive Corporation Securities Litigation</u>
C.A. No. CV89-7135-JGD(Kx)

*<u>Victoria A. Shaev v. Fred Carr, et al.</u>,
C.A. No. CV89-7135-WDK(Kx)

*<u>Herman Bernstein, et al. v. First Executive Corp., et al.</u>, C.A. No. CV90-0792-RSW(Ex)

*<u>Phi Kappa Theta National Foundation, Inc. v. Fred Carr, et al.</u>, C.A. No. CV90-0010-IH

*<u>Marshall Wolfe v. Fred Carr, et al.</u>,
C.A. No. CV90-0442-RJK

*<u>William Pajac v., First Executive Corp., et al.</u>,
C.A. No. CV90-0631-TJH

*<u>Tina Jacobson, et al. v. Fred Carr, et al.</u>,
C.A. No. CV90-0417-WMB

*<u>Larry M. Carroll, et al. v. First Executive Corp., et al.</u>, C.A. Noi. CV90-0388-RJK

*<u>Harris Sklar v. Fred Carr, et al.</u>,
C.A. No. CV90-0533-FW

<u>Marshall Wolf, et al. v. Kidder Peabody & Co., Inc.</u>,
C.A. No. CV90-6459-RSWL(Tx)

Note: Actions identified with an asterisk are consolidated in <u>In re First Executive Corporation Securities Litigation</u>, C.A. No. CV89-7135-JGD(Kx).

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 21 1991

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 871

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRST EXECUTIVE CORPORATION SECURITIES LITIGATION

ORDER REASSIGNING LITIGATION

Inasmuch as the actions involved in the above-referenced litigation have been reassigned in the Central District of California to the Honorable Dickran M. Tevrizian, Jr.,

IT IS ORDERED that the above-captioned litigation be, and the same hereby is, REASSIGNED to the Honorable Dickran M. Tevrizian, Jr. for the remainder of the coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

John F. Nangle
Chairman